IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE GSAMP TRUST 2006-S1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-S1,**<br><br>Plaintiff,<br><br>v.<br><br>**SONJA RENEE KING-JOHNSON; DAVID HAROLD JOHNSON, III; and DESIREE L. RENEE JOHNSON,**<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ Civil Action No. **3:23-CV-2697-L**<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

On October 31, 2025, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 25) was entered, recommending that the court grant in part Plaintiff's Motion for Attorney's Fees and Costs ("Motion") (Doc. 23), which was filed on April 4, 2025, after the undersigned entered default judgment against Defendants on Plaintiff's declaratory judgment claim and request for non-judicial foreclosure on the property at issue. In its Motion, Plaintiff seeks $5,260.50 in attorney's fees and $709 in costs—$5,969.50 in total—pursuant to Federal Rule of Civil Procedure 54(d)(2). The Report recommends that the court award Plaintiff $4,208.40 in attorney's fees and $709 in costs—$4,917.40 in total—as a further obligation owed by Defendants under the note and security instrument. The $4,208.40 in attorney's fees recommended by the magistrate judge was arrived at by using the "lodestar" method for calculating the amount of reasonable attorney's fees. No objections to the Report were filed.

Having considered the Motion, supporting documentation, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **grants in part** Plaintiff's Motion (Doc. 23) to the extent that it **awards** Plaintiff **$4,208.40** in attorney's fees and **$709** in costs for a total award amount of **$4,917.40**.

**It is so ordered** this 5th of January, 2026.

Sam A. Lindsay
United States District Judge